# United States District Court
# For The Western District of North Carolina
# Statesville Division

WELLS FARGO HOME
MORTGAGE, INC.,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                             5:11CV157

JOE D. HOUPE AND
ANNIE M. HOUPE,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2011 Memorandum of Decision and Order.

                                        Signed: October 31, 2011

                                        */s/ Frank G. Johns*
                                        Frank G. Johns, Clerk
                                        United States District Court